

# TRI-STATE JUDICIAL SERVICES, INC.

P.O Box 352, Freeport, NY 11520
Phone 516-546-5260  Fax 516-546-5263
Tax ID # 11-2457108

Invoice No.: 0162608
Invoice Date: June 5, 2008
Your File No.:
Index No.: 08-CIV-4784

GABOR & GABOR
400 GARDEN CITY PLAZA
GARDEN CITY, NY 11530

Caption:

*MARILYN BERNARD*
*vs*
*JP MORGAN CHASE BANK, N.A.*

Plaintiff/Petitioner

Defendant/Respondent

Re: **JP MORGAN CHASE BANK, N.A.**

Documents Served: Summons in a Civil Action and Complaint and Jury Demand

Date Served: 06/03/2008    Where Served: 1 CHASE MANHATTAN PLAZA-20TH FLR, New York, NY 10081

| Service Description | Service Fee | Fee Prepaid |
|---|---|---|
| PROCESS SERVICE FEE | $30.00 | |
| Total Service Fees and Total Fees Prepaid: | $30.00 | |

Remarks:

Total Amount Due = $30.00
Fees Paid =
Remaining Balance = $30.00

---

Please detach this lower portion and return it with your payment. Make checks payable to: Tri-State Judicial Services, Inc.

**For a credit card payment (American Express, Visa or Mastercard) please call our billing department at extension 103**

GABOR & GABOR
400 GARDEN CITY PLAZA
GARDEN CITY, NY 11530

Invoice No.: 0162608
Invoice Date: June 5, 2008
Attorney's ID# T2098



Tri-State Judicial Services, Inc.
30 S. Ocean Ave.
P.O. Box 352
Freeport, New York 11520

Total Amount Due = $30.00

Amount Enclosed _____

INDEX #: 08-CIV-4784
Date Filed: May 22, 2008

COUNTY OF
**UNITED STATES DISTRICT COURT**
**DISTRICT: SOUTHERN DISTRICT OF NEW YORK**
ATTORNEY(S): GABOR & GABOR  PH: 516-248-2525
ADDRESS: 400 GARDEN CITY PLAZA GARDEN CITY NY 11530  File No.:

*MARILYN BERNARD*

*vs*

*JP MORGAN CHASE BANK, N.A.*

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

## AFFIDAVIT OF SERVICE

HARRY TORRES, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On **Tuesday, June 3, 2008** at **12:27 PM**, at **1 CHASE MANHATTAN PLAZA-20TH FLR, New York, NY 10081**, deponent served the within **Summons in a Civil Action and Complaint and Jury Demand**

on: **JP MORGAN CHASE BANK, N.A.**, **Defendant** therein named.

**#1 INDIVIDUAL** By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.** [X] By delivering thereat a true copy of each to **LINDA A. PLATONE** personally, deponent knew said **Domestic Corporation** so served to be the **Domestic Corporation** described in same as said recipient and knew said individual to be the managing/authorized agent of the **Domestic Corporation**, and said person stated that he/she was authorized to accept service on behalf of the **Domestic Corporation**.

**#3 SUITABLE AGE PERSON/ PARTNERSHIP** By delivering a true copy of each to _____, a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** By affixing a true copy of each to the door of said premises, which is recipient's:   [ ] actual place of business   [ ] dwelling house (place of abode) within the state.
Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on _____ at _____
on _____ at _____
on _____ at _____
on _____ at _____
Address confirmed by _____

**#5 MAIL COPY** On _____, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope not indicating that mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

**#6 DESC.** [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)  Sex: Female   Color of skin: White   Color of hair: Blonde   Age: 36-50 Yrs   Height: 5' 4" - 5' 8"   Weight: 131 - 160 Lbs   Other Features: GLASSES

**#7 WIT. FEES** the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MIL. SRVC** Your deponent asked the person spoken to whether defendant was in the active military service of the United States or N. Y. State; and received a negative reply. Upon information and belief I have; being based on the conversations & observations above narrated, defendant is not in the military service.

**#9 OTHER**

Sworn to before me on  June 5, 2008

VANESSA JOHNSON
NOTARY PUBLIC, State of New York
No. 01JO6166083, Qualified in Kings County
Term Expires May 14, 2011

HARRY TORRES
Server's Lic # 0915257
Invoice·Work Order # 0162608