JUN-5-2008  12:47P FROM:GABOR & GABOR      15162404468        TO:12125521630        P.3

KARLN'S,

RECEIVED
JUN 09 2008
JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X    Via ECF

MARILYN BERNARD,

                              Plaintiff,                                      08 CIV 4784 (LAK)

        -against-

JP MORGAN CHASE BANK. N.A.,

                              Defendant.                          STIPULATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08

        IT IS HEREBY STIPULATED AND AGREED by and between the

undersigned that the time for Defendant JPMorgan Chase Bank, N.A. to answer,

move or otherwise respond to the Complaint and Jury Demand in the above-captioned

matter is extended from June 23, 2008 to and including July 21, 2008.

        IT IS FURTHER STIPULATED AND AGREED that JPMorgan Chase Bank,

N.A. will not contest service of process and that such defense is waived.

Dated:        New York, New York
              June 4, 2008

Gabor & Gabor

By: _____
      David G. Gabor, Esq.
Attorney(s) for Plaintiff
400 Garden City Plaza
Suite 406
Garden City, New York  11530
(516) 248-2525
Esqs@Gaborlaw.com

JPMorgan Chase Legal & Compliance
Department

By: _____
      Stacey L. Blecher, Esq.
Attorney(s) for JPMorgan Chase Bank, N.A.
One Chase Manhattan Plaza, 26th Floor
New York, New York  10081
(212) 552-3814
Stacey.L.Blecher@Chase.com

SO ORDERED:

_____
U.S.D.J. Lewis A. Kaplan

6/18/08