UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X  Via ECF

MARILYN BERMARD,                           :
                                              08 CIV 4784 (LAK)
                   Plaintiff,              :

      -against-                            :
                                              **DEFENDANT'S RULE 26
JP MORGAN CHASE BANK, N.A.,                :  DISCLOSURE
                                              STATEMENT**
                   Defendant.              :

----------------------------------------- X

  Defendant JPMorgan Chase Bank, N.A., by its attorney, JPMorgan Chase Legal and Compliance Department, Stacey L. Blecher, Assistant General Counsel, as and for its disclosure pursuant to Fed. R. Civ. P. 26, asserts as follows:

  A. The name and, if known, the address and telephone number of each individual other than Plaintiff likely to have discoverable information that the disclosing party may use to support its claims or defenses:

| Name | Address |
| --- | --- |
| Travis M. Rieger | c/o JPMorgan Chase Legal and Compliance Department, 1 Chase Manhattan Plaza, 26th Floor, New York, New York 10081 (212) 552-3814 |
| Christine M. Tamney | c/o JPMorgan Chase Legal and Compliance Department, 1 Chase Manhattan Plaza, 26th Floor, New York, New York 10081 (212) 552-3814 |
| Leila V. McConnell | c/o JPMorgan Chase Legal and Compliance Department, 1 Chase Manhattan Plaza, 26th Floor, New York, New York 10081 (212) 552-3814 |

| | |
|---|---|
| Miriam R. de la Cruz | c/o JPMorgan Chase Legal and Compliance Department, 1 Chase Manhattan Plaza, 26th Floor, New York, New York 10081 (212) 552-3814 |
| Leonore E. Chester | c/o JPMorgan Chase Legal and Compliance Department, 1 Chase Manhattan Plaza, 26th Floor, New York, New York 10081 (212) 552-3814 |

The above-named individuals are likely to have knowledge of Plaintiff's employment, job responsibilities and performance with JPMorgan Chase during some or all of the relevant time period, the employment, performance and job responsibilities of other persons under the same management and supervision of Plailntiff during some or all of the relevant time period, of various events referred to in Plaintiff's Complaint, and of relevant JPMorgan Chase policies and procedures in effect during the relevant time period.

B. Documents, data compilations, and tangible things that the disclosing party may use to support its claims and defenses:

- Plaintiff's employee records file, if any;

- Plaintiff's AccessHR file, if any;

- Relevant documents and/or files, if any, maintained by JPMorgan Chase's Human Resources Department concerning Plaintiff;

- Relevant documents and/or files, if any, maintained by JPMorgan Chase's Consumer Banking department concerning Plaintiff;

- Relevant documents and/or files, if any, maintained by any individual JPMorgan Chase manager or supervisor regarding Plaintiff;

- Relevant documents and/or files, if any, maintained by JPMorgan Chase's Employee Relations Department concerning Plaintiff;

- Relevant JPMorgan Chase policies, plans, and programs; and

- Relevant documentary communications, if any, whether in letter, memorandum, email, or other format.

C. The provisions of Fed. R. Civ. P. 26(a)(1)(C) are not applicable because Defendant is not seeking damages at this time from Plaintiff.

    D.    Defendant is investigating what, if any, insurance agreements may apply to Plaintiff's claims and will supplement its response as appropriate.

RESERVATION OF RIGHTS

Defendant reserves its right to supplement and/or amend its Rule 26 Disclosure Statement if and when it deems it appropriate.

Dated:    New York, New York
             July 21, 2008

                                    **JPMorgan Chase Legal & Compliance Department**

                                    By: _____
                                    Stacey L. Blecher, Esq.
                                  Attorney(s) for JPMorgan Chase Bank, N.A.
                                  One Chase Manhattan Plaza, 26th Floor
                                  New York, New York  10081
                                  (212) 552-3814
                                  Stacey.L.Blecher@Chase.com

To:    **Gabor & Gabor**
        David G. Gabor, Esq.
        Attorney(s) for Plaintiff
        400 Garden City Plaza
        Suite 406
        Garden City, New York  11530
        (516) 248-2525
        Esqs@Gaborlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
MARILYN BERNARD,                                             :   ECF
                                                             :   08 CIV. 4784 (LAK)
                                                             :
                                                             :
                                                             :
                                                             :   AFFIDAVIT OF
                                                             :   SERVICE
                         Plaintiff,                          :
          - against -                                        :
                                                             :
                                                             :
JP MORGAN CHASE BANK, N.A.,                                  :
                                                             :
                                                             :
                         Defendants.                         :
                                                             :
------------------------------------------------------------X

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

_STUART AAOZSN_, being duly sworn, deposes and says, that deponent is not a party to the action, is over eighteen years of age and is employed by JPMorgan Chase Bank, N.A.

That on the 21st day of July, 2008 deponent served the within:

**DEFENDANT'S RULE 26 DISCLOSURE STATEMENT**

UPON: Gabor & Gabor
      David G. Gabor, Esq.
      Attorney(s) for Plaintiff
      400 Garden City Plaza
      Suite 406
      Garden City, New York 11530
      (516) 248-2525
      Esqs@Gaborlaw.com

132844:v1

by the address designed for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____

Sworn to before me this
21 day of July, 2008

_____
Notary Public

    MARLENE M. THOMPSON
  Notary Public, State of New York
      No. 01TH6161011
    Qualified in Kings County
 Certificate filed in New York County
Commission Expires February 12, 2011

132844:v1