KAPLAN, ST

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- X   Via ECF

MARILYN BERNARD,                                    :
        Plaintiff,                           08 CIV 4784 (LAK)
                                                    :
    -against-
                                                    :
JP MORGAN CHASE BANK, N.A.,                           STIPULATION
                                                    :
        Defendant.
                                                    :
-------------------------------------------------- X

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time for Defendant JPMorgan Chase Bank, N.A. to answer or otherwise respond to the Complaint and Jury Demand in the above-captioned matter is extended from July 21, 2008 to and including August 5, 2008.

    IT IS FURTHER STIPULATED AND AGREED that JPMorgan Chase Bank, N.A. will not contest service of process and that such defense is waived.

Dated:    New York, New York
           July 15, 2008

Gabor & Gabor

By: _____
    David O. Gabor, Esq.
Attorney(s) for Plaintiff
400 Garden City Plaza
Suite 406
Garden City, New York 11530
(516) 248-2525
Esqs@Gaborlaw.com

JPMorgan Chase Legal & Compliance
Department

By: _____
    Stacey L. Blecher, Esq.
Attorney(s) for JPMorgan Chase Bank, N.A.
One Chase Manhattan Plaza, 26th Floor
New York, New York 10081
(212) 552-3814
Stacey.L.Blecher@Chase.com

SO ORDERED:

_____
U.S.D.J. Lewis A. Kaplan

7/14/08



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/8