UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X   Via ECF

MARILYN BERNARD,                                 :
                                                                                 08 CIV 4784 (LAK)
                Plaintiff,                          :

   -against-                                        :
                                                                                 **Rule 7.1 Statement**
JP MORGAN CHASE BANK NA,               :

                Defendant.                       :

------------------------------------------------ X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable district judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant JPMorgan Chase Bank, N.A. certify that the following reflects any publicly held corporate parents, and listing of any publicly held company that owns 10% or more of the party's stock:

      JPMorgan Chase & Co.

Dated: New York, New York
       August 5, 2008

**JPMorgan Chase Legal & Compliance Department**

By: *[signature]* Stacey L. Blecher (md)
Stacey L. Blecher, Esq.
Attorneys for Defendant
One Chase Manhattan Plaza, 26th Floor
New York, New York 10081
(212) 552-3814
Stacey.L. Blecher@Chase.com

168369v1